**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-01530-LTB-MJW

TARA BENDER, an individual,

      Plaintiff,

v.

DOUGLAS COUNTY SHERIFF'S DEPARTMENT,
DAVID WEAVER, individually and in his official capacity as Sheriff of Douglas County,
EDWARD ROBERSON, individually and in his official capacity and Deputy Sheriff of Douglas County,
JOHN DOES 1-20, and
JANE DOE,

      Defendants.

___

**MINUTE ORDER**
___
BY ORDER OF JUDGE LEWIS T. BABCOCK

      Plaintiff's Motion to Strike Defendants' "Supplement to Reply to Response to Motion to Dismiss" or in the Alternative for Leave to File a Supplement to Response (Doc 25 - filed December 1, 2008) is **GRANTED IN PART AND DENIED IN PART**. The Motion for Leave to File a Supplement is **GRANTED** and should be filed **on or before December 12, 2008.** The Motion to Strike is **DENIED**.

Dated: December 2, 2008
___