IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 08-cv-01530-LTB-MJW

TARA BENDER,

    Plaintiff,

v.

DOUGLAS COUNTY SHERIFF'S DEPARTMENT;
DAVID WEAVER, individually and in his official capacity as Sheriff of Douglas County;
EDWARD ROBERSON, individually and in his official capacity as Deputy Sheriff of Douglas County;
JOHN DOES 1-20, whose names are currently unknown, individually and in their official capacities as Deputy Sheriffs of Douglas County; and
JANE DOE, whose names is currently unknown, individually and in her official capacity as an employee of the Douglas County Sheriff's Department;

    Defendants.
_____

ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Plaintiff's Unopposed Motion to Dismiss With Prejudice (Doc 39 - filed March 2, 2009), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                      BY THE COURT:

                      s/Lewis T. Babcock
                      LEWIS T. BABCOCK, JUDGE

DATED: March 3, 2009